THE STATE OF MONTANA ex rel. TERRY RAY KROG-STAD, Petitioner, v. DISTRICT COURT of the ELEVENTH JUDICIAL DISTRICT of the STATE OF MONTANA, Respondent.

No. 12277.
Decided May 12, 1972.
496 P.2d 699.

## ORDER

PER CURIAM:

Original proceeding. Petitioner seeks an appropriate order to review his conviction of a misdemeanor in the district court of Flathead County.

Counsel was heard ex parte and the matter taken under advisement. The Court now having considered the matter and the applicable law it appears that petitioner is not entitled to any relief and therefore the relief sought is denied and the petition is ordered dismissed.